# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 26, 2023

## NO. 03-22-00754-CV

**C. G. and L.G., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE TRIANA**

This is an appeal from the order of the associate judge signed on November 7, 2022. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.